

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

**SEP 2 3 2020**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 20-30140- NJR |
| | ) | |
| DAKOTA HOLLAND, | ) | |
| | ) | Title 18, United States Code, |
| Defendant. | ) | Section 111(a)(1). |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### ASSAULTING A FEDERAL OFFICER

On or about August 3, 2020, in Bond County, Illinois, in the Southern District of Illinois,

**DAKOTA HOLLAND,**

defendant herein, did forcibly assault Correctional Officer M.M., a Federal Correctional Officer at

the Federal Correctional Institution at Greenville, Illinois, commonly known as FCI-Greenville,

making physical contact with Correctional Officer M.M., while Correctional Officer M.M. was

engaged in his official duties, to wit:   attempting to apply hand restraints to a non-compliant

inmate; in violation of Title 18, United States Code, Section 111(a)(1).

**A TRUE BILL**

███████████████████████████

FOREPERSON

_Angela Scott_
ANGELA SCOTT
Assistant United States Attorney

_Norman R. Smith_

STEVEN D. WEINHOEFT
United States Attorney

Recommend Bond: Detention