IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 20-cr-30140-NJR |
| | ) | |
| DAKOTA HOLLAND, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and John D. A. Trippi, Assistant United States Attorney for said District, herewith enter into the following Stipulation of Facts with the defendant,

1. On August 3, 2020, Defendant Dakota Holland was a prisoner in custody of the Special Housing Unit at the Federal Correctional Institution in Greenville, Illinois.

2. On August 3, 2020, Correctional Officer M.M. was federal correctional officer employed by the Federal Bureau of Prisons.

3. On August 3, 2020, while Officer M.M. was engaged in his official duties, attempting to place hand restraints on the Defendant, the Defendant threw a soap bottle out of his cell door's food slot. The Defendant did not see the soap bottle strike Officer M.M., but does not contest that the soap bottle struck Officer M.M. below his left eye. Medical personnel observed swelling under Officer M.M.'s left eye, but Officer M.M. did not require additional medical treatment.

|  | SO STIPULATED: |
|---|---|
| _____<br>DAKOTA HOLLAND<br>Defendant | STEVEN D. WEINHOEFT<br>United States Attorney |
| _____<br>DANIEL CRONIN<br>Attorney for Defendant | _____<br>JOHN TRIPPI<br>Assistant United States Attorney |
| Date: 2/22/22 | Date: February 18, 2022 |